Pietro ALLEGRINI, Antonio Allegrini, and Valentino DeLuca, Trading as Pennsylvania Statuary Co., Appellants, v. Giovanni DE ANGELIS, Walter Magnani, Gustave Parducci, and Alfredo Ferrari, Trading as Catholic Statuary Co.

No. 8833.

Circuit Court of Appeals, Third Circuit.

Argued June 8, 1945.

Decided June 15, 1945.

Vincent C. Veldorale, of Philadelphia, Pa., for appellants.

Wm. Steell Jackson, of Philadelphia, Pa., (Wm. Steell Jackson & Son, of Philadelphia, Pa., on the brief), for defendants-appellees.

Before MARTIN and McLAUGHLIN, Circuit Judges and KALODNER, District Judge.

PER CURIAM.

The judgment of the District Court, 59 F.Supp. 248, is affirmed.

Chester BOWLES, Price Administrator, Office of Price Administration, v. HEINEL MOTORS, Incorporated, John Heinel, John P. Heinel, Elmer W. Heinel, and Edna Heinel, Appellants.

No. 8768.

Circuit Court of Appeals, Third Circuit.

Argued June 5, 1945.

Decided June 13, 1945.

Samuel I. Sacks, of Philadelphia, Pa. (John Edward Sheridan and Sacks & Piwosky, all of Philadelphia, Pa., on the brief), for appellants.

David London, of Washington, D. C., George Moncharsh, Deputy for Enforcement, Fleming James, Jr., Director, Litigation Division, and Albert M. Dreyer, Atty. Office of Price Administration, all of Washington, D. C., and Robert J. Callaghan, District Enforcement Atty., and Harry W. Steinbrook, Enforcement Atty., both of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS and MARTIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

The judgment of the court below, 59 F. Supp. 759, is affirmed.

GENERAL COCOA CO., Inc., a Corporation, Appellant, v. UNITED STATES of America, Appellee.

No. 10818.

Circuit Court of Appeals, Ninth Circuit.

May 21, 1945.

Farnham P. Griffiths, Charles E. Finney, and McCutchen, Thomas, Matthew, Griffiths & Greene, all of San Francisco, Cal., and Bigham, Englar, Jones & Houston, of New York City, for appellants.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., and Arnold Knauth, Atty., Department of Justice, of Washington, D. C., for appellee.

Before DENMAN, HEALY, and BONE, Circuit Judges.

PER CURIAM.

This case was heard below and the decree there entered upon the same evidence as in O. F. Nelson Co., Ltd., et al. v. United States of America, No. 10816, 9 Cir., 149 F.2d 692.

For the reasons stated in our opinion in No. 10816, the decree is reversed and an interlocutory decree ordered entered for the above named appellant, libelant below, awarding it damages for the loss of cargo, to be followed by a determination of the amount of its damages.

HEALY, Circuit Judge, dissents.